## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEBORAH LAUFER**,

        Plaintiff,

    v.

**ALAMAC INC.**,

        Defendant.

Case No. 1:20-cv-02206 (TNM)

### ORDER

Upon consideration of the pleadings, relevant law, and related legal memoranda, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiff's [1] Complaint and this action are DISMISSED without prejudice; it is further

**ORDERED** that Plaintiff's [12] Motion for Default Judgment is DENIED as moot; it is further

**ORDERED** that Plaintiff's [17] Motion for Leave to File Amended Complaint is DENIED.

**SO ORDERED**.

The Clerk of the Court is directed to close the case.  This is a final, appealable Order.

Dated: May 17, 2021

                                            TREVOR N. McFADDEN, U.S.D.J.